IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| ISAIAH NICHOLS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NAVY FEDERAL CREDIT UNION )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: _____ |

## NOTICE OF REMOVAL

Defendant Navy Federal Credit Union ("Navy Federal"), by counsel, hereby removes the above matter to the United States District Court for the District of Maryland, Greenbelt Division, in support of which Defendant states as follows:

1. This action was filed in the Circuit Court for Prince George's County, Maryland on January 3, 2012. This Notice of Removal is filed on March 13, 2012. The filing is timely, pursuant to 28 U.S.C. § 1446(b), as Navy Federal received the Summons on March 1, 2012.

2. The Court has jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question), in that Plaintiff, *inter alia*, appears to allege a violation of the Fair Debt Collection Practices Act ("FDCPA").

3. Additionally, the Court has jurisdiction pursuant to 28 U.S.C. § 1332 (Diversity), in that Plaintiff is a citizen of Maryland, Defendant is a citizen of Virginia, and the amount in controversy exceeds $75,000.

4. Navy Federal is the sole Defendant in this action.

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Circuit Court for Prince George's County, Maryland are attached as **Exhibit A** to this Notice.

6.  After filing this Notice of Removal, Navy Federal shall promptly file with the Clerk of the Circuit Court for Prince George's County, Maryland a copy of the Notice of Filing of Notice of Removal and give prompt written notice thereof by service to all other parties. See 28 U.S.C. § 1446(d).

WHEREFORE, Navy Federal Credit Union, in accordance with the requirements set forth in 28 U.S.C. § 1446, removes this action to the United States District Court for the District of Maryland, Greenbelt Division.

Dated: March 13, 2012

Respectfully submitted,

/s/ Amy S. Owen
Amy S. Owen (#07772)
aowen@cochranowen.com
Kristin A. Zech (#18278)
kzech@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (telephone)
(703) 847-4499 (facsimile)

*Counsel for Navy Federal Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Removal was served via first class mail, postage prepaid to the following this ⎯13⎯ day of March, 2012:

Isaiah Nichols
2600 Brinkley Road, Apartment 714
Fort Washington, Maryland 20744-9998
*Pro Se* Plaintiff

_____
Kristin A. Zech