Isaiah N. Nichols
Living Being, Secured Party
2600 Brinkley Rd Apt. 114
Fort Washington, MD [20744-9998]          *     IN THE

Plaintiff                                  *     CIRCUIT COURT

v.                                         *     FOR
Navy Federal Credit Union,
B. Berger Vice President Collection Respondents
                                                 CAL12-00061
c/o P.O. Box 3502
Defendant Merrifield, Virginia [22119-9999]    *  CASE NO.

\* \* \* \* \* \* \* \* \*

PETITION / COMPLAINT / ANSWER

Default Judgment See Attached

```
Case: CAL12-00061
NEW CASE/PRO SE
CV CLERK FEE-         80.00
MD LEGAL SERV         55.00
TOTAL                135.00
Reg# PG01    Rcpt # 40120
                     Blk # 89
Jan 03, 2012         05:57 am
```

PR GEO  2012 JAN 13  AM 11:18  #70

Clerk of the Circuit Court

Isaiah Nichols