# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ISAIAH NICHOLS | * |
| | * |
| v. | *   Civil No. – JFM-12-790 |
| | * |
| NAVY FEDERAL CREDIT UNION | * |

******

## MEMORANDUM

Plaintiff, representing himself, has brought this action against the Navy Federal Credit Union. Defendant has filed a motion to dismiss to which plaintiff has responded. It is not entirely apparent what it is that plaintiff is claiming. In any event, his claim is about merit.

To the extent that plaintiff is asserting a claim under the Fair Debt Collection Practices Act, it is not cognizable against defendant because there are no facts alleged to suggest that defendant acted as a "professional debt collector," as is required under the Federal Debt Collection Practices Act. *See DeSantis v. Computer Credit, Inc.*, 269 F.3d 159, 161 (2d Cir. 2001).

To the extent that plaintiff is asserting a claim based upon an alleged contract with defendant, there are no facts alleged that give rise to the inference that any such agreement existed. Plaintiff's assertions are based entirely upon the fact that he unilaterally submitted to defendant a series of documents upon which he now bases a contract claim.

Finally, to the extent that plaintiff alleges that defendant "attempted to fraud" him, he has not made any allegations setting forth with any particularity, as required by Fed. R. Civ. P. 9, that any fraud was committed.

A separate order granting defendant's motion is being entered herewith.

Date: 1/13/12

J. Frederick Motz
United States District Judge